DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LEROY R. MIDDLETON, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1176

_____

April 3, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Leroy R. Middleton, III, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.